1022

No. 1205. BAUER *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioner.

No. 1209. BROWN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Homer Eugene Bostick* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1215. JONES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Paul M. Niebell* for petitioner. *Solicitor General Griswold* for the United States.

No. 1216. MONTOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Raymond E. LaPorte* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Sidney M. Glazer* for the United States.

No. 1228. W. R. GRIMSHAW Co. *v.* MARTIN WRIGHT ELECTRIC Co. C. A. 5th Cir. Certiorari denied. *Alfred W. Offer* and *Carl Wright Johnson* for petitioner. *Josh H. Groce* and *Jack Hebdon* for respondent.

No. 1229. FARMER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (GREAT NORTHERN RAILWAY CO., REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied. *Clifton Hildebrand* for petitioner. *Burton Mason* for Great Northern Railway Co.

No. 1252. WYRICK ET AL. *v.* CITY OF MARYVILLE ET AL. Sup. Ct. Tenn. Certiorari denied. *Hubert D. Patty* for petitioners. *John C. Crawford, Jr.,* for respondents.